
EOD
04/14/2014

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE DHILLON GROUP, LLC | § | Bankruptcy No. 12-40163 |
| | § § § | |
| Debtor | § | Chapter No. 11 |
| | § | |
| SECURITY NATIONAL INSURANCE COMPANY, | § § § § | Adv. Proc. No. 12-04022 |
| Plaintiff, | § § | |
| vs. | § § | |
| DHILLON GROUP, et al., | § § § | |
| Defendants | § | |

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff and Defendant (collectively, the "Parties") in the above-styled and numbered adversary proceeding (the "Adversary Proceeding"), having entered into a settlement agreement through which the Parties have settled their respective claims, and having filed an Agreed Stipulation of Dismissal of this adversary signed by all parties, respectively file this Agreed Order of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41 as made applicable by Fed. R. Bankr. P. 7041.

After considering the parties' Agreed Stipulation of Dismissal, it is hereby ORDERED that the Adversary Proceeding and all claims therein are hereby dismissed without prejudice to refiling; and it is further,

ORDERED that each party to this Adversary Proceeding shall bear its own legal fees and court costs.

Signed on 04/14/2014

*Brenda T. Rhoades*  SR
HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

AGREED ORDER OF DISMISSAL -- PAGE 1
J:\UNITED CENTRAL BANK\Dhillon\bankruptcy\adversa

*AGREED AS TO FORM AND SUBSTANCE:*


   /s/ Leo John Jordan
Leo John Jordan
State Bar No. 11014700
SHANNON GRACEY RATLIFF & MILLER LLP
901 Main Street, Suite 4600
Dallas, TX  75202
(214) 245-3090 (phone)
(214) 245-3097 (fax)

COUNSEL FOR PLAINTIFF
SECURITY NATIONAL INSURANCE COMPANY


   /s/ Nathan Allen, Jr.
Nathan Allen, Jr.
State Bar No. 01071000
Laura L. Worsham
State Bar No. 22008050
JONES, ALLEN & FUQUAY, LLP
8828 Greenville Ave.
Dallas, TX  75243-7143
(214) 343-7400 (phone)
(214) 343-7455 (fax)

COUNSEL FOR DEFENDANT/COUNTER-
PLAINTIFF UNITED CENTRAL BANK, ON ITS
OWN BEHALF AND AS ASSIGNEE OF
DHILLON GROUP, LLC